# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138449-50

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GREEN TREE SERVICING, LLC,
      Plaintiff/Counter-
      Defendant-Appellant,

v

SHELDON M. FUTERNICK, d/b/a HOLIDAY
WEST MOBILE HOME PARK, d/b/a
HOLIDAY WOODS MOBILE HOME PARK,
d/b/a HOLIDAY SOUTH MOBILE HOME
PARK, d/b/a HIGHLAND HILLS MOBILE
HOMES PARK and HOLIDAY ESTATES
MOBILE HOME PARK,
      Defendants/Counter-
      Plaintiffs-Appellees.

_____/

SC: 138449-50
COA: 274936, 279215
Wayne CC: 04-434054-PD

On order of the Court, the application for leave to appeal the February 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk